IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,    )
                             )
           Plaintiff,        )         8:02CR417
                             )
      v.                     )
                             )
FONTRI TILLER,               )         ORDER
                             )
           Defendant.        )
_____)
```

IT IS ORDERED that plaintiff's motion pursuant to Rule 35(b) (Filing No. 31) is scheduled for hearing on:

**Wednesday, August 17, 2005, at 9:45 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska, or as soon thereafter as may be called by the Court.

DATED this 9th day of August, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
   LYLE E. STROM, Senior Judge
   United States District Court