IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:02CR417 |
| | ) | |
| v. | ) | |
| | ) | |
| FONTRI TILLER, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the motion of Michael F. Maloney to withdraw as attorney (Filing No. 42).  The Court finds the motion should be granted.  Accordingly,

IT IS ORDERED that the motion of Michael F. Maloney to withdraw as counsel for defendant is granted.

DATED this 14th day of October, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court