IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )       8:02CR417
                               )
      v.                       )
                               )
FONTRI TILLER,                 )       ORDER
                               )
            Defendant.         )
_____)
```

This matter is before the Court on defendant's motion to continue (Filing No. 55). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that defendant's motion is granted; hearing on the petition for offender under supervision (Filing No. 46) is rescheduled for:

**Monday, November 22, 2010, at 9 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 17th day of August, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court