IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:02CR417 |
| | ) | |
| v. | ) | |
| | ) | |
| FONTRI TILLER, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

   This matter is before the Court on defendant's motion to continue (Filing No. 57).  The Court finds the motion should be granted.  Accordingly,

   IT IS ORDERED that defendant's motion is granted; hearing on the petition for offender under supervision (Filing No. 46) is rescheduled for:

**Friday, February 4, 2011, at 10 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

   DATED this 19th day of November, 2010.

                         BY THE COURT:

                         /s/ Lyle E. Strom
                         _____
                         LYLE E. STROM, Senior Judge
                         United States District Court