IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,        )
                                 )
                Plaintiff,       )            8:02CR417
                                 )
          v.                     )
                                 )
FONTRI TILLER,                   )            ORDER
                                 )
                Defendant.       )
_____)
```

This matter is before the Court on the motion of D.C. Bradford III of the law firm of Bradford & Coenen, LLC, to withdraw as attorney of record for defendant (Filing No. 64). The Court notes other counsel has entered an appearance. Accordingly,

IT IS ORDERED that the motion is granted; D.C. Bradford III is deemed withdraw as counsel for defendant.

DATED this 10th day of May, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court